■ In the Matter of EVELYN REBECCA W. [654 NYS2d 293] —Renewed motion to dismiss appeal (M-207) in respect to Female S., also known as Shanic S., denied; cross-motion to vacate dismissal of appeal (M-6795) in respect to Evelyn Rebecca W. granted. *Sua sponte*, the appeals are consolidated, and the consolidated appeal deemed perfected for the May 1997 Term. Motion for an enlargement of time in which to perfect the appeal (M-206) in respect of Female S., also known as Shanic S., is deemed withdrawn. The unpublished order of this Court entered herein on February 6, 1997 (M-60/M-206) is recalled and vacated. Concur—Sullivan, J. P., Milonas, Rosenberger, Nardelli and Mazzarelli, JJ.